# Terry & Bro. *v.* Hughes & Co.

### *Garnishment in aid of Pending Action.*

1. *When appeal lies.*—There is no statute which gives an appeal from an interlocutory order dismissing a garnishment, which was sued out in aid of a pending action, and was dismissed, before final judgment, because it appeared that the garnishee was one of the plaintiffs.

APPEAL from the Circuit Court of Jefferson.
Tried before the Hon. JAMES B. HEAD.

LANE & WHITE, for appellant.

WHITE & HOWZE, *contra.*

CLOPTON, J.—The action was commenced by summons and complaint by appellants against appellees, May 17, 1889. The plaintiffs sued out a writ of garnishment against R. S. Terry, on the same day, in aid of the pending suit. It being admitted that the garnishee was one of the plaintiffs, the court, on motion of defendants, quashed the garnishment, May 3, 1890. The suit is still pending. The appeal is taken from the judgment quashing the garnishment. There is no statute authorizing an appeal from such interlocutory order, and no final judgment having been rendered, the appeal must be dismissed.

Appeal dismissed.